# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES NOLAN,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 85574

FILED

NOV 10 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se notice of appeal from a district court order granting in part and denying in part a motion for credit for time served. Because no statute or court rule permits an appeal from such an order, this court lacks jurisdiction to consider this appeal.[1] *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.[2]

_____, J.
Cadish

_____, J.
Pickering

_____, Sr.J.
Gibbons

---

[1]A claim for additional presentence credit is a challenge to the validity of the judgment of conviction and sentence and therefore must be raised in a postconviction petition for a writ of habeas corpus. *See Griffin v. State*, 122 Nev. 737, 744, 137 P.3d 1165, 1169 (2006). This court expresses no opinion as to whether appellant could meet the procedural requirements of NRS Chapter 34.

[2]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.

22-35495

cc: Hon. James Todd Russell, District Judge
Charles Nolan
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk

(O) 1947A